UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEROME JULIUS BROWN SR., | CASE NO. C19-1755-JCC |
| Plaintiff, | ORDER |
| v. | |
| BARBARA H. MEIKLEJOHN *et al.*, | |
| Defendants. | |

This matter comes before the Court on the report and recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 5). Judge Tsuchida recommends that the Court dismiss Plaintiff's complaint because it is frivolous and fails to state a claim. (*See id.* at 2.) Plaintiff has not filed objections. Having reviewed the report and recommendation and the relevant record, the Court agrees with Judge Tsuchida. The Court therefore ORDERS as follows:

1. The report and recommendation (Dkt. No. 5) is ADOPTED;
2. Plaintiff's *in forma pauperis* application (Dkt. No. 1) is DENIED;
3. The case is DISMISSED without prejudice;
4. The Clerk is DIRECTED to send copies of this order to Plaintiff and Judge Tsuchida.

//

1 DATED this 17th day of December 2019.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE